ACCEPTED
05-15-00547-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/13/2015 2:53:42 PM
LISA MATZ
CLERK

IN THE COURT OF APPEALS
FIFTH DISTRICT OF TEXAS AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
5/13/2015 2:53:42 PM
LISA MATZ
Clerk

CAUSE NO. 05-15-00547-CV

IN THE INTEREST OF K.V.K., a Child

On Appeal from the 256th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-12-19679

APPELLEE, RYAN VON HOFGAARDEN'S CONTEST TO AFFIDAVIT
OF INDIGENCY OF APPELLANT, HANNA V. KUBYSHKINA FILED
ON MAY 6, 2015

Sandra H. White
Texas Bar No. 09430600
P.O. Box 797546
Dallas, Texas 75379
Telephone: (972) 584-9176
Telecopier: (972) 584-9177
Email:      sw@shwlawoffice.com

ATTORNEY FOR APPELLEE
RYAN VON HOFGAARDEN

TO THE HONORABLE JUDGES OF SAID COURT:

NOW COMES, RYAN VON HOFGAARDEN, Appellee, and in accordance with Rule 145, Texas Rules of Civil Procedure, and Texas Appellate Rule 20.1.(e) (1) and (2), the Appellee Ryan Von Hofgaarden files this contest to Appellant's Affidavit of Indigency filed herein on May 6, 2015 and moves for the Court to determine, after evidence presented, the ability of the Appellant to pay costs of the Court. The Affidavit of Appellant, Hanna V. Kubyshkina was not accompanied by an attorney's IOLTA (Interest on Lawyers Trust Account) certificate. This Contest to the Affidavit of Indigency filed by Appellant, Hanna V. Kubyshkina is filed within the ten (10) days required by the Rules stated above herein.

Respectfully submitted,

LAW OFFICE OF SANDRA H. WHITE
P.O. Box 797546
Dallas, TX 75379
Tel: (972) 584-9176
Fax: (972) 584-9177

By: /s/ Sandra H. White
    Sandra H. White
    State Bar No. 09430600
    sw@shwlawoffice.com
    Attorney for Appellee
    Ryan Von Hofgaarden

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015, a complete and accurate copy of this document was electronically served upon the following attorneys by means of transmission to their respective electronic filing service providers in compliance with Rule 21a of the Texas Rules of Civil Procedure:

Baltasar D. Cruz                                    Tim Gonzalez
P.O. Box 821413                                   P.O. Box 600823
Dallas, TX 75360                                  Dallas, TX 75382

Ms. Glenda Johnson Finkley, Court Reporter
256th Judicial District Court
George L. Allen, Sr. Courts Bldg.
600 Commerce St., 4th Floor
Dallas, TX  75202
to: G.Finkley@dallascounty.org

Mr. Matt Garcia
CS Unit 421
Dallas County Domestic Relations Office
George L. Allen, Sr. Courts Bldg.
600 Commerce St., Suite 128
Dallas, TX 75202

Mr. Ray Pearce Assistant Attorney General
Child Support Division
1250 W. Mockingbird Lane, Suite 300
Dallas, TX 75247

Dallas County District Clerk
George L. Allen Sr. Courts Bldg.
600 Commerce St.
Dallas, TX 75202

/s/ Sandra H. White
Sandra H. White